CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 2 2013

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **BERNARD B. CAMPBELL,** | ) | **CASE NO. 7:12CV00499** |
| **Plaintiff,** | ) | |
| **v.** | ) | **FINAL ORDER** |
| **OFFICERS DUSTIN REYNOLDS AND BENJAMIN BAXLEY,** | ) | **By: James C. Turk** |
| | ) | **Senior United States District Judge** |
| **Defendants.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the clerk **SHALL** correct the spelling of Defendant Baxley's last name in the style of the case; the defendants' motions for summary judgment on the ground of failure to exhaust administrative remedies (ECF Nos. 23 & 33), as required under 42 U.S.C. § 1997e(a), are **GRANTED**; plaintiff's motion to compel discovery (ECF No. 37) is **DISMISSED** as moot; and this action is stricken from the active docket of the court.

**ENTER**: This 22nd day of January, 2013.

[signature: James C. Turk]
~~Senior~~ United States District Judge