CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 2 2 2013
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BERNARD B. CAMPBELL, | ) | CASE NO. 7:12CV00499 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| OFFICERS DUSTIN REYNOLDS | ) | |
| AND BENJAMIN BAXLEY, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the clerk **SHALL** correct the spelling of Defendant Baxley's last name in the style of the case; the defendants' motions for summary judgment on the ground of failure to exhaust administrative remedies (ECF Nos. 23 & 33), as required under 42 U.S.C. § 1997e(a), are **GRANTED**; plaintiff's motion to compel discovery (ECF No. 37) is **DISMISSED** as moot; and this action is stricken from the active docket of the court.

ENTER: This 22nd day of January, 2013.

/s/ James C. Turk
Senior United States District Judge